UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH TECHNOLOGY CRIME INVESTIGATION ASSOCIATION,<br><br>  Plaintiff,<br><br>  v.<br><br>TIMOTHY FINO,<br><br>  Defendant. | Case No. 15-cv-05615-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 10 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: April 18, 2016

_____
WILLIAM H. ORRICK
United States District Judge